72b 759
91 540

</div>

### Jolly v. The Des Moines Northwestern R'y Co. et al.

RAILROAD ON STREETS: DAMAGES: WAIVER: ASSIGNMENT BY CONVEYANCE: STATUTE OF LIMITATIONS. (*Pratt v. Des Moines N. W. R'y Co., ante,* p. 249, followed.)

*Appeal from Dallas Circuit Court.*

THURSDAY, JUNE 30, 1887.

ACTION for damages alleged to have been sustained by reason of the occupancy of a street in the town of Adel, upon which the plaintiff owns an

abutting lot. A verdict and judgment were rendered for the plaintiff. The defendants appeal.

*Runnells & Walker*, for appellants.

*D. W. Woodin*, for appellees.

ADAMS, CH. J.—The facts appear to be that in 1879 the railroad and embankment complained of were constructed in the street in front of the lot in question by leave of the town council, but without any condemnation proceedings.

The plaintiff acquired title about four years subsequent thereto.

The legal question involved was determined in the case of *Pratt v. Des Moines N. W. R'y Co.*, *ante*, p. 249. Following the ruling in that case, we have to say that the plaintiff cannot recover, and the judgment must be

REVERSED.